**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**APPEARANCE**

**Case Number:** 1:08-cv-00245-S-DLM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **Derek Sivo**.

I certify that I am admitted to practice in this court.

July 29, 2008

/s/_Richard K. Corley
Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I hereby certify that on this 29 day of July 2008, I caused a true copy of the within Entry of Appearance to be served electronically upon:

Aaron L. Weisman
Attorney General's Office
150 South Main Street
Providence, RI 02903
aweisman@riag.ri.gov

/s/_Richard K. Corley
Richard K. Corley