# United States District Court
# For the District of Rhode Island

**DEREK SIVO** :
:
**Vs.** : **Case No. 1:08-cv-00245-S-DLM**
:
**AT WALL** :
:

...oOo...

**PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS IN RESPONSE TO GOVERNMENT'S MOTION TO DISMISS WRIT OF HABEAS CORPUS**

Now comes the Petitioner, Derek Sivo, through counsel, and hereby moves this Honorable Court to grant leave to file his objections to Government's Motion to Dismiss Write of Habeas Corpus by September 4, 2008. In support, Defendant submits accompany memorandum.

So prayed.

Respectfully Submitted,

Dated: July 30, 2008

**DEREK SIVO**

By His Attorneys,

/s/ Richard K. Corley ____

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I hereby certify that on this 30 day of July 2008, I caused a true copy of the within Defendant's Motion for Extension of Time to File Objections in Response to Government's Motion to Dismiss Writ of Habeas Corpus to be served electronically upon:

Aaron Weisman
Assistant Attorney General
Attorney General's Office
150 South Main Street
Providence, RI 02903

/s/_Richard K. Corley_____________
Richard K. Corley