# United States District Court
# For the District of Rhode Island

| | | |
|---|---|---|
| **DEREK SIVO** | : | |
| | : | |
| **Vs.** | : | **Case No. 1:08-cv-00245-S-DLM** |
| | : | |
| **AT WALL** | : | |
| | : | |

...oOo...

**PETITIONER'S MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS IN RESPONSE TO GOVERNMENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

Now comes the Petitioner, Derek Sivo, through counsel, and hereby states the following in support of Petitioner's Motion for Extension of Time to File Objections in Response to Government's Motion to Dismiss Writ of Habeas Corpus.

- Counsel, Richard K. Corley, was appointed to represent Petitioner's § 2254 motion on July 29, 2008.
- Counsel, Richard K. Corley, entered his appearance on July 29, 2008.
- Counsel, Richard K. Corley, is unfamiliar with the facts of the convictions.
- Counsel, Richard K. Corley, has not had an opportunity to discuss the matter with his client, Derek Sivo.
- Counsel, Richard K. Corley, received several volumes of transcripts on the eve of July 29, 2008 that he will need to review.
- Counsel, Richard K. Corley, will need to review the appellate briefs and the Rhode Island Supreme Court's opinion.

- Opposing counsel, Aaron Weisman, does not have an objection to an extension of time.

Justice would best be served if this Honorable Court were to grant an extension of time to allow Petitioner to file his response by September 4, 2008.

So prayed.

Respectfully Submitted,

Dated: July 30, 2008

**DEREK SIVO**

By His Attorneys,

/s/ Richard K. Corley ____

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I hereby certify that on this 30 day of July 2008, I caused a true copy of the within Defendant's Memorandum in Support of Motion for Extension of Time to File Objections in Response to Government's Motion to Dismiss Writ of Habeas Corpus to be served electronically upon:

Aaron Weisman
Assistant Attorney General
Attorney General's Office
150 South Main Street
Providence, RI 02903

/s/_Richard K. Corley____________
Richard K. Corley