UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DEREK SIVO, | : | |
| Petitioner, | : | |
| v. | : | |
| | : | CA 08-245 S |
| A.T. WALL, | : | |
| Respondent. | : | |

**ORDER**
**REQUIRING PETITIONER**
**TO SUBMIT FINANCIAL AFFIDAVIT**

On July 25, 2008, the Court issued a text order granting the request of Petitioner Derek Sivo ("Petitioner") for the appointment of counsel to represent him in connection with his Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Document #1) ("Petition"). In taking this action, the Court inadvertently overlooked the fact that Petitioner has not submitted a financial affidavit in support of his request. Accordingly, Petitioner is ordered to complete and return by August 15, 2008, the financial affidavit which accompanies this Order.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 31, 2008