CA 08-245 S

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

DEREK SIVO vs. AT WALL

FOR RICHARD K. CORLEY

AT 127 DORRANCE ST 2ND FL. 02903

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

DEREK SIVO

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☒ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate
District Court 1:08-CV-00245-S-DLM
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed

Name and address of employer:

IF YES, how much do you earn per month? $ ____ IF NO, give month and year of last employment. How much did you earn per month? $ ____

If married is your Spouse employed? ☐ Yes ☑ No

IF YES, how much does your Spouse earn per month? $ ____ If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| | |
| | |
| | |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $ ____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| | |
| | |
| | |
| | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS: ✓ SINGLE; ☐ MARRIED; ☐ WIDOWED; ☐ SEPARATED OR DIVORCED

Total No. of Dependents: Ø

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Hospital Bills | $ 50,000 | $ No Payt being made |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8-8-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) [signature]