# United States District Court
# For the District of Rhode Island

| | | |
|---|---|---|
| **DEREK SIVO** | : | |
| | : | |
| **Vs.** | : | **Case No. 1:08-cv-00245-S-DLM** |
| | : | |
| **AT WALL** | : | |
| | : | |

...oOo...

**PETITIONER'S SECOND ASSENTED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS IN RESPONSE TO GOVERNMENT'S MOTION TO DISMISS WRIT OF HABEAS CORPUS**

Now comes the Petitioner, Derek Sivo, through counsel, and hereby moves this Honorable Court to grant an extension to file his objections to Government's Motion to Dismiss Writ of Habeas Corpus by September 9, 2008. In support, Defendant submits accompany memorandum.

So prayed.

Respectfully Submitted,

Dated: September 4, 2008

**DEREK SIVO**

By His Attorneys,

/s/ Richard K. Corley ___

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I, the undersigned hereby certify that on this 4th day of September, 2008, I did send a true copy of the Petitioner's Second Assented Motion for Extension of Time to File Objections in Response to Government's Motion to Dismiss Writ of Habeas Corpus by electronic means (ECF) to:

Aaron Weisman
aweisman@riag.ri.gov

/s/_Richard K. Corley____________
Richard K. Corley