# United States District Court
# For the District of Rhode Island

| | | |
|---|---|---|
| **DEREK SIVO** | : | |
| | : | |
| **Vs.** | : | **Case No. 1:08-cv-00245-S-DLM** |
| | : | |
| **AT WALL** | : | |
| | : | |

...oOo...

**PETITIONER'S MEMORANDUM IN SUPPORT OF SECOND ASSENTED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS IN RESPONSE TO GOVERNMENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

Now comes the Petitioner, Derek Sivo, through counsel, and hereby states the following in support of Petitioner's Assented Motion for Extension of Time to File Objections in Response to Government's Motion to Dismiss Writ of Habeas Corpus.

- Counsel, Richard K. Corley, was appointed to represent Petitioner's § 2254 motion on July 29, 2008.
- Counsel, Richard K. Corley, entered his appearance on July 29, 2008.
- Counsel, Richard K. Corley, is unfamiliar with the facts of the convictions.
- Counsel, Richard K. Corley, has not had an opportunity to discuss the matter with his client, Derek Sivo.
- Counsel, Richard K. Corley, received several volumes of transcripts on the eve of July 29, 2008 that he will need to review.
- Counsel, Richard K. Corley, will need to review the appellate briefs and the Rhode Island Supreme Court's opinion.

- Counsel, Richard K. Corley, filed for a first extension of time to include up to September 4, 2008.
- Opposing counsel, Aaron Weisman, does not have an objection to an extension of time.

Justice would best be served if this Honorable Court were to grant an extension of time to allow Petitioner to file his response by September 9, 2008.

So prayed.

Respectfully Submitted,

Dated: September 4, 2008

**DEREK SIVO**

By His Attorneys,

/s/ Richard K. Corley ___

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I, the undersigned hereby certify that on this 4th day of September, 2008, I did send a true copy of the Petitioner's Memorandum in Support of Second Assented Motion for Extension of Time to File Objections in Response to Government's Motion to Dismiss Writ of Habeas Corpus by electronic means (ECF) to:

Aaron Weisman
aweisman@riag.ri.gov

/s/_Richard K. Corley_____________
Richard K. Corley