# United States District Court
# For the District of Rhode Island

| | | |
|---|---|---|
| **DEREK SIVO** | : | |
| | : | |
| **vs.** | : | **Case No. 1:08-cv-00245-S-DLM** |
| | : | |
| **AT WALL** | : | |
| | : | |

...oOo...

**PETITIONER'S RESPONSE TO GOVERNMENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

Now comes the Petitioner, Derek Sivo, in the above entitled cause and files his response to the Government's Motion to Dismiss Petition for Writ of Habeas Corpus. In support hereof, Petitioner submits the attached Memorandum of Law.

Respectfully Submitted,

Dated: September 9, 2008

**DEREK SIVO**

By His Attorneys,

/s/ Richard K. Corley

Richard K. Corley (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Fl
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I, the undersigned hereby certify that on this 9th day of September, 2008, I did send a true copy of the Petitioner's Response to Government's Motion to Dismiss Writ of Habeas Corpus by electronic means (ECF) to:

Aaron Weisman
aweisman@riag.ri.gov

/s/_Richard K. Corley_____________
Richard K. Corley