# Petitioner's Exhibit A

Timeline of Events on November 1st and 2nd, 2001

**Nov. 1**

Approx 7:30-8 a.m.
J.J. woke up[1]

Between 8-10 a.m.
J.J. and Kim go to Bess Eaton[7]
Upon return to apartment, J.J. falls down the stairs[8]

11:15 a.m.
Kim goes to work[2]

Approx. 3:30-4:30 p.m.
Kim calls to check in on J.J.

Approx. 5-5:30 p.m.
J.J. and Derek go to D'Angelo's[3]
Upon return to apartment, J.J. falls down the stairs[4]

6:00 p.m.
J.J. is tired;
goes to bed[9]

6:30 p.m.
Kim returns home, finds J.J.
sleeping,[10] but he wakes up
when Kim comes in[11]

9 p.m.
Kim checks J.J.'s
temp. – 102.4° [5]

After 9 p.m.
J.J.'s temp. goes down[6]

**Nov. 2**

10 a.m.
J.J. woke up[12]

Shortly after 10 a.m.
J.J. and Kim go to Dr. Flynn's[13]

After visit to Dr. Flynn
Kim took J.J. to the ER[14]

---

[1] Tr. p. 340.
[2] Tr. p. 342.
[3] Tr. p. 130.
[4] Tr. pp. 128-29.
[5] Tr. p. 350.
[6] Tr. p. 350.
[7] Tr. p. 125.
[8] Tr. p. 431.
[9] Tr. p. 345.
[10] Tr. p. 346.
[11] Tr. p. 348.
[12] Tr. p. 340.
[13] Tr. p. 354.
[14] Tr. p. 357.