# Petitioner's Exhibit B

| State v. Sivo, 925 A.2d 901 (R.I. 2007) Supreme Court Decision | Facts Established at Trial |
|---|---|
| It was uncontested at trial that J.J. was functioning properly when Kim Mathieu left for work at 11:15 a.m. on 11/1/01.<br><br>Sivo, 925 A.2d at 912. | It was uncontested that Kim Mathieu reported J.J. as being "a little cranky" and not feeling well before she left for work that day. In fact, Ms. Mathieu reported to Dr. Morgan that J.J. fell on the stairs outside the apartment during her and her son's trip to Bess Eaton that morning.<br><br>Tr. p. 341, 431. |
| J.J. was not functioning when his mother returned from work on 11/1/01.<br><br>Sivo, 925 A.2d at 912. | Kim Mathieu testified that J.J. woke up when his mother returned, saw that it was her, and greeted her with "Hi, Mommy" before going back to sleep. Ms. Mathieu checked on J.J. during the night, took his temperature, and was able to have J.J. swallow medicine she gave him.<br><br>Tr. pp. 347-49. |
| Both Dr. Duncan and Dr. Asser testified that the time range for J.J. developing his injury was between 24-40 hours prior to his admission to Hasbro in the early afternoon of 11/2/01.<br><br>Sivo, 925 A.2d at 912. | Dr. *Asser* testified as such. However, Dr. Duncan stated that the injury most likely occurred "within hours of his hospitalization."<br><br>Tr. pp. 253, 312. |
| Both Dr. Duncan and Dr. Asser testified that J.J. "would not have been able to walk, talk, or function immediately after the injury."<br><br>Sivo, 925 A.2d at 912. | Only Dr. Asser testified to that effect. Nowhere in Dr. Duncan's testimony does he adopt Dr. Asser's assertion that J.J. would have been unable to maintain lucidity immediately following the injury.<br><br>Tr. p. 289. |
| The evidence was sufficient to allow a reasonable juror to conclude that J.J. had been in Derek Sivo's "*exclusive care*" all day on 11/1/01.<br><br>Sivo, 925 A.2d at 912 (emphasis added). | Kim Mathieu testified that Derek Sivo only cared for J.J. for approximately seven hours on 11/1/01 while she was at work. For at least two or three hours in the morning, J.J. was in his *mother*'s exclusive care, including the time period when J.J. had his first fall of the day. Furthermore, since Ms. Mathieu's return at 6 or 6:30 p.m. on 11/1/01, until J.J. was admitted to Hasbro in the early afternoon of 11/2/01, Ms. Mathieu was providing sole care for J.J.'s physical ailments.<br><br>Tr. pp. 342, 347, 431. |