# Petitioner's Exhibit C

| **Doctor** | **August 30, 2001 Injury** | **November 2, 2001 Injury** | **External Evidence of Child Abuse*** | **Amount of Force Required to Cause the Injury** | **Timeframe of when the Cause of the Injury Occurred** |
|---|---|---|---|---|---|
| Seth Asser, M.D. | —— | "[C]losed head injuries from abusive head trauma" ("a subdural hematoma and brain swelling and dead brain cells');[1] scattered retinal hemorrhages.[2] | None[3] | "Severe acceleration/deceleration" (car accident, "fall from a height of a few several stories"),[4] but **not** from a seizure.[5] *The victim could not have been lucid immediately after sustaining the injury*.[6] | Older injury – at least two weeks prior;<br><br>Acute injury – within 24 to 40 hours prior to his hospitalization[7] |
| John Duncan, M.D. | "My team suspected [there was a hematoma present on 8/3/01], it wasn't verified by the radiologist."[8] | Acute subdural hematoma with a "very, very swollen" brain;[9] all signs/symptoms of intercranial eye pressure;[10] acute and bilateral retinal damage[11]; chronic fluid in the membranes and acute blood[12] | None[13] | A traumatic evident/"life-threatening injury" causing a severe blow to the head[14] (like a car accident, a baseball bat to the head, or fall from a window,[15] but **not** from a seizure or J.J.'s fall down the stairs)[16] | Injury causing chronic fluid – 4-8 weeks prior;<br><br>Acute injury – "within hours of his hospitalization"[17] |
| Thomas Morgan, M.D. | Seizure[18] causing a chronic subdural hematoma[19] | **Chronic and acute** subdural hematomas,[20] brain vein tears;[21] "The whole left side of the brain was swollen."[22] | None[23] | Acute could have been from the 11/1/01 fall, but the chronic probably started with a series of falls.[24] There did not need to be a fall from a 2nd-story window to cause this injury.[25] There was no closed blunt force trauma to J.J.'s body on November 1st.[26] | Older injury – probably from the August 30 seizure;[27]<br><br>Acute injury – probably from the fall in the morning of 11/1, as well as the fall in the afternoon of 11/1[28] |
| ER Doctors at Hasbro | Minor concussion[29] | —— | —— | —— | —— |

* This is excluding the minor abrasions found on J.J.'s head and buttocks, which all doctors have concluded were not evidence of what caused the subdural hematoma.

---

[1] Tr. p. 284.
[2] Tr. pp. 290, 291.

---

[3] Tr. p. 312.
[4] Tr. p. 285.
[5] Tr. p. 288.
[6] Tr. p. 289.
[7] Tr. p. 312.
[8] Tr. p. 249.
[9] Tr. p. 215.
[10] Tr. pp. 214, 250.
[11] Tr. p. 236.
[12] Tr. p. 250.
[13] Tr. p. 243.
[14] Tr. p. 219.
[15] Tr. p. 220.
[16] Tr. pp. 223, 231.
[17] Tr. p. 253.
[18] Tr. pp. 384, 420.
[19] Tr. p. 387.
[20] Tr. pp. 387, 395.
[21] Tr. p. 392.
[22] Tr. p. 410.
[23] Tr. pp. 406-07.
[24] Tr. pp. 395, 401.
[25] Tr. p. 401.
[26] Tr. pp. 395,. 431.
[27] Tr. p. 395.
[28] Tr. p. 430.
[29] Tr. p. 331.