**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DEREK SIVO** | : | |
| | : | |
| **v.** | : | **C.A. No. 08-245S** |
| | : | |
| **A.T. WALL** | : | |

**STATE OF RHODE ISLAND'S OBJECTION TO PETITIONER'S *MOTION TO AMEND PETITION FOR A WRIT OF HABEAS CORPUS***

Now comes the State of Rhode Island, by and through its attorneys and, for the reasons expressed in the accompanying memorandum, objects to Petitioner's *Motion to Amend Petition for a Writ of Habeas Corpus.*

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**AARON L.WEISMAN, # 4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

Date: September 16, 2008

**CERTIFICATION**

I hereby certify that on September 16, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I caused a copy of the within document to be sent to the following by first-class mail, on the same date:

Derek Sivo
P.O. Box 8274
Cranston, R.I. 02920

/s/ Aaron L. Weisman

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DEREK SIVO** | : | |
| | : | |
| **v.** | : | **C.A. No. 08-245S** |
| | : | |
| **A.T. WALL** | : | |

**STATE OF RHODE ISLAND'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S *MOTION TO AMEND PETITION FOR A WRIT OF HABEAS CORPUS***

In Petitioner's 28 U.S.C. § 2254 Application, Petitioner challenged, on three grounds, his October 2002 first degree child abuse conviction. He now seeks to "Amend" such Petition, "to raise a claim of Ineffective Assistance of Counsel" and "actual innocence" (Petitioner's *Motion to Amend Petition for a Writ of Habeas Corpus* at 1-2). Because however, to the best of the undersigned's knowledge and belief, these two grounds have as yet never been presented to the Rhode Island Courts,[1] such claims would appear to be, in habeas parlance, "unexhausted".[2] Indeed, to include such unexhausted claims within a § 2254 Petition, could risk the dismissal of the entire Petition.[3]

---

[1] A check of the State of Rhode Island Court records revealed, again to the best of the undersigned's knowledge and belief, that no state post-conviction relief petition has been submitted by Petitioner.

[2] It is well settled that a district court may not adjudicate a petition for the issuance of a writ of habeas corpus unless and until the petitioner has exhausted his or her state court remedies. *See* 28 U.S.C. § 2254(b)(1)(A) ("An application for a writ of habeas corpus . . . shall not be granted unless it appears that— . . . the applicant has exhausted the remedies available in the courts of the State . . . ."). "A claim for habeas corpus relief has been exhausted where the claim has been 'fairly presented' to the courts." Josselyn v. Dennehy, 475 F.3d 1, 3 (1st Cir. 2007).

[3] Where a petitioner has filed a "mixed" petition, that is, a habeas petition containing both exhausted and unexhausted claims, *see* Nowaczyk v. Warden, 299 F.3d 69, 75 (1st Cir. 2002), a district court should generally dismiss the petition without prejudice, *see* Rhines v. Weber, 544 U.S. 1528, 1533 (2005); Rose v. Lundy, 455 U.S. 509 (1982), unless the habeas petitioner can demonstrate "good cause" for failure to exhaust, that the claims are potentially meritorious, and

PDF created with pdfFactory trial version www.pdffactory.com

Wherefore, because the two claims Petitioner seeks to have amended to his 28 U.S.C. § 2254 action appear not to have been exhausted in the Rhode Island State Courts, the State would respectfully object to Petitioner's *Motion to Amend Petition for a Writ of Habeas Corpus.*

Respectfully submitted,

**STATE OF RHODE ISLAND**
By its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**/s/ Aaron L. Weisman**

**AARON L.WEISMAN, # 4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

Date: September 16, 2008

**CERTIFICATION**

I hereby certify that on September 16, 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. I also certify that I caused a copy of the within document to be sent to the following by first-class mail, on the same date:

Derek Sivo
P.O. Box 8274
Cranston, R.I. 02920

/s/ Aaron L. Weisman

---

that there is no indication that the petitioner engaged in intentionally dilatory tactics. (Rhines, 544 U.S. at 277.)



PDF created with pdfFactory trial version www.pdffactory.com